**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| BRANDON LO, individually and on behalf of all others similarly situated, | **Case No.:** 2:18-cv-01858-BJR |
| Plaintiff, | **CLASS ACTION** |
| v. | **NOTICE OF SETTLEMENT** |
| ASSURANCE IQ, INC.; | |
| Defendant. | |

///
///
///
///
///
///
///
///
///

**NOTICE OF SETTLEMENT**

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, UNIT D1
COSTA MESA, CA 92626

1    NOTICE IS HEREBY GIVEN that the dispute between Plaintiff Brandon Lo ("Plaintiff") and Defendant Assurance IQ, Inc. ("Assurance") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against Assurance with prejudice, and the putative class's claims against Assurance without prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to Assurance be vacated.

Dated:  February 14, 2019          Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

/s/Ryan L. McBride
Ryan L. McBride #50751
ryan@kazlg.com
**Kazerouni Law Group, APC**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

Abbas Kazerounian #48522
ak@kazlg.com
**Kazerouni Law Group, APC**
245 Fischer Ave., Suite D1
Costa Mesa, CA 92626
P: (800) 400-6808
F: (800) 520-5523

Joshua B. Swigart, Esq. #49422
josh@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio S., #101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile:  (619) 297-1022

Attorneys for Plaintiff