1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| BRANDON LO, | CASE NO. C18-1858BJR |
|---|---|
| Plaintiff, | DISMISSAL ORDER |
| v. | |
| ASSURANCE IQ, INC., | |
| Defendant. | |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within sixty (60) days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

//

//

The clerk is ordered to provide copies of this order to all counsel.

Dated February 15, 2019.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

DISMISSAL ORDER - 2